**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re: Administrative Subpoenas to Children's Hospitals | Case No. 8:26-cv-1834 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Movants respectfully submit this Notice of Supplemental Authority in support of their pending motion to quash certain portions of the Department of Justice ("DOJ") subpoenas to children's hospitals concerning health care for transgender minors.

On May 13, 2026, the United States District Court for the District of Rhode Island in *In re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital*, C.A. No. 1:26-mc-0007-MSM-AEM (D.R.I.), (ECF No. 44), quashed an identical subpoena.

The court found the same DOJ administrative subpoena at issue here lacks a congressionally-authorized purpose, was issued for an improper purpose, and demands records that cannot be obtained consistent with the constitutional privacy rights of Rhode Island children. The court also enjoined DOJ from seeking, receiving, using, retaining, or disseminating any patient-identifying information or protected health information produced by Rhode Island Hospital in response to the subpoena, including but not limited to all materials responsive to Requests 11 through 15 and any other materials that identify, or reasonably permit the identification of, Rhode Island's children.

A copy of the Order is attached as Exhibit 1 to this Notice.

Dated: May 14, 2026                          _____ */s/ Eve L. Hill* _____

Eve L. Hill (Bar No. 424896)
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com

Joshua D. Rovenger (*Admitted pro hac vice*)
Donovan C. Bendana (*Admitted pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
(GLAD LAW)
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jrovenger@gladlaw.org
dbendana@gladlaw.org

Shannon Minter (*Admitted pro hac vice*)
Rachel Berg(*Admitted pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street # 11548
Sacramento, California 95811
(415) 365-1338
sminter@nclrights.org
rberg@nclrights.org

*Attorneys for Movants*