IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENAS TO CHILDREN'S HOSPITALS | Civil No.: 8:26-cv-01834-JRR |

## ORDER

Pending before the court is Movants' Motion for Class Certification, to Quash Requests 11–13, and for a Preliminary Injunction at ECF No. 1-1 (the "Motion").[1]   Following expedited briefing by the parties, the court convened a hearing on the Motion today, June 9, 2026.  For the reasons set forth in the accompanying memorandum opinion, it is this 9th day of June 2026:

**ORDERED** that the Motion (ECF No. 1-1) shall be, and is hereby, **GRANTED in part and DENIED in part as follows:**

The motion for class certification is **DENIED**;

As to CNH only, the administrative subpoena described in the court's memorandum opinion as the Subpoena shall be, and is hereby, **QUASHED** as to Requests 11, 12, and 13, and as to any other Subpoena Request to the extent it seeks or requires production of CNH patient medical records, CNH patient identities, or identification of parents or guardians of CNH patients;

The motion for preliminary injunction is **DENIED AS MOOT**; and

Any and all other relief not expressly granted herein is **DENIED**; and further it is

**ORDERED** that to the extent documents subject to quashal as set forth above have been

---

[1] The court uses the terms defined in its accompanying memorandum opinion.

produced by or on behalf of CNH to the Government, the Government shall no longer have access to same unless obtained through lawful, proper means, and not the Subpoena; and within ten (10) days of entry of this order, the parties shall meet and confer regarding appropriate prophylactic measures to be taken and submit a joint proposal to the court re same; and further

**ORDERED** that the Pseudonym Motion (ECF No. 2) shall be, is hereby, **GRANTED**; and further it is

**ORDERED** that Movants shall be identified in all public filings only as their chosen pseudonyms as set forth in the Motion; any document containing Movants' identifying information shall be filed under seal; and Movants are not required to disclose their addresses.

/S/

_____

Julie R. Rubin
United States District Judge

2