**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| **In re: Administrative Subpoenas to Children's Hospitals** | **Case No. 1:26-cv-1834-JRR** |

**PARTIES JOINT REPORT**

Pursuant to the Court's June 9, 2026 Order (ECF No. 29), the Parties met and conferred regarding appropriate prophylactic measures to be taken to effectuate the terms of the Court's Order.

The United States maintains that no prophylactic measures are required to address prior production or use of documents subject to the Court's order, because no documents subject to the order have been produced by Children's National Hospital ("CNH"). Because no documents subject to the order have been produced by CNH pursuant to the HIPAA subpoena at issue, such retrospective prophylactic measures (e.g., segregation, deletion, or other taint-remediation) are not necessary. Consistent with the Court's order, the Department also provides notice that it will not seek or require production of CNH patient medical records covered under Requests 11, 12, and 13, or any other Subpoena Request to the extent it includes CNH patient identities, or identification of parents or guardians of CNH patients as covered by the Court's order relating to the HIPAA subpoena at issue.

Dated this 18th day of June, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

 /s/ Scott B. Dahlquist
ROSS S. GOLDSTEIN (Bar No. 15700)
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
EUGENE O'HALLORAN
Trial Attorneys

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel:        (202) 598-3915
Scott.B.Dahlquist@usdoj.gov

*Attorneys for the United States of America*

Eve L. Hill (Bar No. 424896)
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com

Joshua D. Rovenger (pro hac vice)
Donovan C. Bendana (pro hac vice)
GLBTQ LEGAL ADVOCATES &
DEFENDERS (GLAD LAW)
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jrovenger@gladlaw.org

dbendana@gladlaw.org

Shannon Minter (pro hac vice)
Rachel Berg (pro hac vice)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street # 11548
Sacramento, California 95811
(415) 365-1338
sminter@nclrights.org
rberg@nclrights.org

*Attorneys for Movants*